Thane W. Tienson, P.C., OSB #773741
LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3500
Portland, OR 97201
503.224.4100
503.224.4133 (facsimile)
ttienson@landye-bennett.com

*Of Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| DENNIS J. O'HEARN, | |
|---|---|
| Plaintiff, | |
| v. | Case No. CV07-989 ST |
| INTERNATIONAL LONGSHOREMEN'S AND WAREHOUSEMEN'S UNION LOCAL 8; and the INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | STIPULATED ORDER AND JUDGMENT OF DISMISSAL |
| Defendants. | |

Pursuant to Fed.R.Civ.P. 41(a) and based upon the stipulation of the parties hereto that this matter has been resolved to the mutual satisfaction of the parties;

//////

//////

//////

//////

//////

//////

//////

//////

Page 1 - STIPULATED ORDER AND JUDGMENT OF DISMISSAL

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

451793 1.DOC.12758-001

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice and without costs to any party.

DATED this 22 day of January, 2008.

_____
U.S. District Court Judge

**IT IS SO STIPULATED:**

LANDYE BENNETT BLUMSTEIN LLP

By: _____
    S. Kane OSB 90142
    Thane W. Tienson, P.C., OSB #773741
    Of Attorneys for Plaintiff

LEONARD CARDER, LLP

By: _____
    Jennifer Marston, OSB #060905
    Of Attorneys for Defendant ILWU

BENNETT HARTMAN MORRIS & KAPLAN LLP

By: _____
    Gregory A. Hartman, OBS #741283
    Of Attorneys for Defendant ILWU Local 8

Page 2 - STIPULATED ORDER AND JUDGMENT OF DISMISSAL

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

451793_1.DOC.12758-001